RECEIPT NUMBER
37158

ORIGINAL

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

LEONARD JONES AND JAMES E. WHITE
    Individuals,
    Plaintiffs,

JUDGE : Battani, Marianne O.
DECK  : S. Division Civil Deck
DATE  : 08/26/2004 @ 13:12:36
CASE NUMBER : 5:04CV60184
CMP LEONARD JONES ET AL V MARY J
BLIGE ET AL (DQH)

v.

MARY J. BLIGE, ANDRE ROMELL YOUNG p/k/a DR. DRE,
BRUCE MILLER, CAMARA KAMBON, ASIAH LEWIS,
LUCHANA N. LODGE, MELVIN BRADFORD, MICHAEL ELIZONDO
UNIVERSAL-MCA MUSIC PUBLISHING, A Division of Universal
Studios, UNIVERSAL MUSIC GROUP INC. in its own right and as successor
in interest to MCA RECORDS, INC. AND JOHN DOES 1 THROUGH 10
    Jointly and Severally,
    Defendants.

MAGISTRATE JUDGE CAPEL,

FILED '04 AUG 26 P1:19 U.S. DIST COURT CLERK EASTERN DISTRICT MICH DETROIT-PSG

Gregory J. Reed (P24750)
GREGORY J. REED & ASSOCIATES, PC
1201 Bagley
Detroit, MI 48226
(313) 961-3580

---

## COMPLAINT FOR COPYRIGHT INFRINGEMENT, UNFAIR COMPETITION AND UNJUST ENRICHMENT/DEMAND FOR JURY TRIAL

Plaintiffs, Leonard Jones and James E. White by their counsel, Gregory J. Reed & Associates, P.C. complain and allege the following causes of action against Defendants:

### INTRODUCTION

1.    This case involves the Defendants' blatant and unauthorized use of portions of Plaintiffs' preexisting musical composition, "Party Ain't Crunk" in a subsequently created musical composition, "Family Affair" which Defendants allege to have written and have manufactured, distributed and sold since the 2001 calendar year.

## JURISDICTION AND VENUE

2.      This is an action for copyright infringement arising under the Copyright Act of the 1976, 17 U.S.C.§§ 101, et. seq. ("The Copyright Act") unfair competition and unjust enrichment.

3.  This Court has exclusive jurisdiction over this action pursuant to 28 U.S.C. §1338 (a) (copyright and original jurisdiction under 28 U.S.C. §1331 (federal question) This Court also has jurisdiction pursuant to 28 U.S.C. 28 U.S.C. §1338 (b) (unfair competition). The Court has supplemental jurisdiction over the state claims pursuant to 28 U.S.C. § 1367.

4.  Venue is proper in this district pursuant to 28 U.S.C. §1391 (b) and §1400.

## PARTIES

5.  Plaintiff, Leonard Jones is a musical songwriter, producer/composer and artist conducting business in the City of Detroit, State of Michigan.

6.  Plaintiff, James E.  White a.k.a. Jim White is a songwriter and producer conducting business in the City of Detroit, State of Michigan with Leonard Jones.

7.  Leonard Jones and James E.  White are collectively referred to a "Plaintiffs" throughout the remainder of this complaint.

8.  Defendant Mary J. Blige is a performer, recording artist and songwriter residing in Bergen County, New Jersey and conducting business in Detroit, Michigan.

9.  Defendant Andre Romell Young (p.k.a. Dr. Dre) is a producer, songwriter and recording artist residing in Los Angeles County, California, conducting business in Detroit, Michigan.

10. Defendant Bruce Miller is a songwriter, conducting business in Detroit, Michigan.

2

11. Defendant Camara Kambon is a songwriter, conducting business in Detroit, Michigan.

12. Defendant Asiah Lewis is a songwriter, conducting business in Detroit, Michigan.

13. Defendant Luchana N. Lodge is a songwriter, conducting business in Detroit, Michigan.

14. Defendant Melvin Bradford is a songwriter, conducting business in Detroit, Michigan.

15. Defendant Michael Elizondo is a songwriter, conducting business in Detroit, Michigan.

16. Defendant Universal-MCA Music Publishing is a California corporation, qualified to do business and doing business in the State of Michigan. Defendant Universal-MCA Music Publishing is music publishing company.

17. Defendant Universal Music Group, Inc. is a California corporation qualified to do business and doing business in the State of Michigan. At all times relevant to this action Defendant Universal Music Group, Inc. owned MCA Records, Inc. a California corporation Currently, Defendant Universal Music Group, Inc. is a successor in interest to MCA Records, Inc. a music record company.

18. The true names and capacities of defendants DOES 1 through 10, whether individual, corporate, associate or otherwise are unknown to Plaintiff, who therefore sues such defendants by fictitious names, Plaintiffs will amend their complaint to show their true names and capacities when they have been ascertained. Plaintiff alleges that each Defendant designated in this complaint as JOHN DOES 1 through 10, was in some manner, a factor in causing Plaintiff's damages alleged in this complaint.

## FACTUAL ALLEGATIONS

19.  Leonard Jones is the owner and creator of the musical composition, "Party Ain't a Party" and provided the song work-product to be used for creating "Party Ain't Crunk" by Jim White from Leonard Jones' "Party Ain't a Party" by mutual consent between the parties.

20.  On "Party Ain't Crunk", Plaintiff James White, copyright claimant, registered "Party Ain't Crunk" under Benevolent Vol. I with the U.S. Copyright Office under Registration Number PAU 2-595-487. (Exhibit A)  Plaintiff Leonard Jones also has copyright and publishing interests in "Party Ain't Crunk" pursuant to an agreement with Plaintiff James White.

21.  Sometime prior to May 30, 2001, Plaintiff James White submitted a copy of the musical recording Benevolent Vol. I comprised of "Party Ain't Crunk" to MCA Records for them to consider recording it for one of their artists.

22.  On or about May 30, 2001 Joann from MCA Records returned the recording of "Party Ain't Crunk" as a part of Benevolent Vol. I recording to Plaintiff James E. White by U.S. mail (Exhibit B) along with a note indicating that "MCA Records is not accepting any unsolicited material at this time." (Exhibit C)

23.  On or about August 28, 2001 three months after Plaintiff James E. White submitted "Party Ain't Crunk" recording as a part of Benevolent Vol. I to MCA Records, Defendant Mary J. Blige recorded and released on MCA Records, Inc. an album entitled, "No More Drama," which contained a song entitled "Family Affair"

24.  Portions of "Party Ain't Crunk" are copied and incorporated into "Family Affair."

25.  The credits listed in the CD package insert for "No More Drama" do not list Plaintiffs as authors or contributors to "Family Affair." (Exhibit D)

4

26. Multiple versions of the song "Family Affair" have been released worldwide. "Family Affair" is Defendant Mary J. Blige's most successful single in her 12 year career.

27. "No More Drama" the CD that features "Family Affair" has been certified as double platinum (2 million album sold) by the Recording industry Association of America on February 19, 2002. (Exhibit E). Defendant Universal Music Group Inc. also released "Family Affair" as a single.

28. Defendant Mary J. Blige released and starred in a music video related to the song "Family Affair" The video contains the same portions of "Party Ain't Crunk" as the song "Family Affair."

29. No credit was given to Plaintiffs in the video as having composed any music in the video.

30. The words and music to "Family Affair have been registered with the U.S. Copyright Office at least three times under Registration Numbers, PA -1-066-345 on December 3, 2001, PA-1-075-337 on March 18, 2002, and PA-084-893 on June 13, 2002. Each registration lists Defendants as authors and/or copyright claimants. None of the registrations give the Plaintiffs any credit for composing any of the music contained in "Family Affair."

## COUNT I
### (Copyright Infringement)

31. Plaintiffs hereby incorporate by reference each allegation contained in Paragraphs 1 through 30 hereinabove and incorporate them, each and all herein by this reference.

32. Plaintiffs are the sole owners of the exclusive copyright to "Party Ain't Crunk."

33. Plaintiffs have not granted Defendants a license to reproduce, distribute, publicly perform or in any way use compile or exploit, "Party Ain't Crunk."

34. Defendants unlawfully and willfully copied all or a part of "Party Ain't Crunk" and incorporated it into the song "Family Affair" and the video based on that song, involving making, distributing, advertising, promoting, broadcasting, or authorizing the making, distribution, advertisement, promotion and broadcast of the song and video, selling, participating in and further such infringing acts or sharing in the proceeds there from, all infringing on Plaintiffs' copyright in "Party Ain't Crunk" [Benevloent Vol. I].

35. The music contained in the song "Family Affair" and the music video based on it is substantially similar to "Party Ain't Crunk.

36. Plaintiff's have lost substantial revenue from Defendants' unlawful and willful copying of "Party Ain't Crunk", their failure to remit to Plaintiffs their rightful share of income generated from the song "Family Affair" and their failure to obtain licenses from Plaintiffs for their uses of "Party Ain't Crunk" Plaintiffs are unaware of the exact amount of such profits derived and received by Defendants, however, they will seek leave to amend this paragraph when the amount of said profits has been ascertained

37. Plaintiffs are entitled to an injunction restraining Defendants, their agents and employees, and all persons acting in concert with them from engaging in any further acts in violation of copyright laws.

38. Defendants direct and willful acts of infringement have and will cause irreparable harm to Plaintiffs unless such conduct is preliminarily and permanently enjoined.

## COUNT II
### (Unfair Competition)

39. Plaintiffs hereby incorporate by reference each allegation contained in Paragraphs 1 through 38 hereinabove and incorporate them, each and all herein by this reference

40. Defendants' wrongful acts of unfair competition consist of utilizing "Party Ain't Crunk" for the specific purpose of creating the false impression that Defendants and not Plaintiffs were composers and contributors to the song "Family Affair"

41. Defendants have by copying and unfair device, induced the general public to believe that they have the right to reproduce, distribute, publicly perform or in any way use compile or exploit, "Party Ain't Crunk."

42. Defendants have received and obtained substantial gains, profits, advantages and benefits which Plaintiffs rightfully deserve, by reason of their wrongful acts of unfair competition.

43. As a result of their wrongful acts of unfair competition Defendants have appropriated to themselves the value of the "Party Ain't Crunk" that Plaintiffs have acquired by virtue of their status as copyright claimants in that musical composition.

44. A natural, probable and foreseeable consequence of the Defendants' wrongful acts of unfair competition resulted in substantial deception to the general public.

45. Defendants' wrongful acts constitute unfair competition under the laws of the State of Michigan.

46. Plaintiffs are entitled to recover from Defendant monetary damages they suffered as a result Defendants' wrongful acts of unfair competition.

## COUNT III
### (Unjust Enrichment)

47. Plaintiffs hereby incorporate by reference each allegation contained in Paragraphs 1 through 46 hereinabove and incorporate them, each and all herein by this reference.

48. Defendants have received and obtained substantial gains, advantages and benefits from their unauthorized use of the song, "Party Ain't Crunk."

49. It is inequitable and unjust for the Defendants to retain those gains, advantages and benefits.

50. Defendants have enriched themselves at the expense and to the detriment of the Plaintiffs and retained such benefit without compensating Plaintiffs for such use.

51. Defendants should not in equity and good conscious be permitted to retain the benefit that they have received as a result of their unlawful conduct.

52. As a result of Defendants' unjust enrichment, Plaintiffs are entitled to receive the reasonable value of the benefit they have received in an amount to be determined at trial, with applicable attorney's fees and costs.

WHERFORE, Plaintiffs pray for judgment against Defendants jointly and severally, as follows:

1.        The Defendants and their respective officers, agents, servants, employees and attorneys and each of them, and all persons in active concert or participation with them be forthwith temporarily and permanently enjoined and restrained from:

        a)        manufacturing, distributing, selling or offering for sale songs for use by purchasers thereof to copy or otherwise infringe copyrighted songs owned by Plaintiffs;

   b)  using songs to copy material owned and copyrighted by Plaintiffs;

   c)  advertising or in any way representing that song may be used for the purpose of making copies of the song owned and copyrighted by Plaintiffs; and

   d)  exhibiting or playing song copies made by Defendants, and each of them, songs owned and copyrighted by Plaintiffs.

2.  That Defendants be required to pay to Plaintiffs such damages as Plaintiffs have sustained in consequence of Defendants' infringement of said copyright and said unfair practices and unfair competition and to account and pay in excess of $3,000,000 for:

   a)  all gains, profits and advantages derived by Defendants by said trade practices and unfair competition; and

   b)  all gains, profits and advantages derived by Defendants by their infringement of Plaintiffs' copyright or such damages as to the court shall appear proper within the provisions of the copyrights statutes.

3.  That Defendants be required to deliver up to be impounded during the pendency of this action all copies of said record entitled "Family Affair" in their possession or under their control and to deliver up for destruction all infringing copies and all plates, molds, and other matter for making such infringing copies.

4.  That Defendants be adjudged to have infringed Plaintiff's copyrights in the recording of the single "Family Affair" which is a song on the album entitled "No More Drama."

5.  That Defendants be adjudged to have infringed Plaintiff's copyrights in songs, which Plaintiffs prove at trial to have been sampled by Defendants;

6.     The defendants be adjudged to have competed unfairly with Plaintiffs and engaged in unfair competition in violation of Michigan laws;.

7.     The Defendants be adjudged to have been unjustly enriched;

8.     For damages suffered by Plaintiffs according to proof adduced at trial;

9.     For the profits received by Defendants as a result of the acts and conduct of said Defendants, alleged in this complaint, and for an accounting from Defendants, and each of the Defendants to determine said profits in an amount of $500,000 individually for the party's infringement;

10.     That Defendants be required to deliver to the United States Marshal to be impounded during the pendency of this action all copies of copyrighted songs owned by Plaintiffs, or portions thereof;

11.     For costs of suit, including reasonable attorneys' fees, incurred herein; and

12.     For such other further relief as to the Court may deem just and proper.

Dated: __Aug. 19____, 2004

Respectfully submitted,

By: _Gregory J. Reed_____

Gregory J. Reed (P24750)
Attorney for Plaintiffs
GREGORY J. REED & ASSOCIATES, PC
1201 Bagley Avenue
Detroit, Michigan 48226
(313) 961-3580

## DEMAND FOR JURY TRIAL

Plaintiffs, Leonard Jones and James E. White by their counsel, Gregory J. Reed & Associates, P.C. demand a jury trial in the instant action.

Dated: _August 19,_____, 2004

Respectfully submitted,

By:_____
Gregory J. Reed (P24750)
Attorney for Plaintiffs
GREGORY J. REED & ASSOCIATES
1201 Bagley Avenue
Detroit, Michigan 48226
(313) 961-3580

3C:\Data\Jones-L\Complaint 8-20-04.doc

EXHIBITS IN SUPPORT OF
COMPLAINT FOR COPYRIGHT INFRINGEMENT, UNFAIR COMPETITION AND
UNJUST ENRICHMENT/DEMAND FOR JURY TRIAL

EXHIBIT A   Copyright Registration for Benevolent Vol. I ["Party Ain't Crunk"]

EXHIBIT B   Copy of the envelope with a postage meter date stamped May 30, 2001 from Universal Music Group addressed to Jim White returning the recording  of the musical composition "Party Ain't Crunk"

EXHIBIT C   Note from JoAnn at MCA Records, enclosed with the returned recording of  the musical composition, "Party Ain't Crunk" indicating MCA is not accepting unsolicited material.

EXHIBIT D   Copy of CD insert of credits listed for the song "Family Affair"

EXHIBIT E   RIAA Gold and Platinum Search results for "No More Drama" CD

# EXHIBIT A

# CERTIFICATE OF REGISTRATION

UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PAu 2-595-487

PA (PAU)

EFFECTIVE DATE OF REGISTRATION

May 7 2001
Month        Day        Year



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS WORK ▼

Benevolent Vol. 1

PREVIOUS OR ALTERNATIVE TITLES ▼

NA

NATURE OF THIS WORK ▼ See instructions

Words + Music

**2** NAME OF AUTHOR ▼

a  Tim Acker

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼
7-4-82

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed ▼
Words

NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b  NAME OF AUTHOR ▼

Dannie Longmire

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼
8-9-67

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed ▼
Music

c  NAME OF AUTHOR ▼

James E. White Jr.

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼
10/16/54

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed ▼
Words

**3** a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
2001  ◀ Year

b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶        Day ▶        Year ▶        Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

James E. White
9244 Wilshire Blvd.
Beverly Hills CA. 90210

APPLICATION RECEIVED
MAY 07, 2001
ONE DEPOSIT RECEIVED
MAY 07, 2001
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions      • Sign the form at line 8

DO NOT WRITE HERE

EXAMINED BY _mcb_

CHECKED BY _____

☐ CORRESPONDENCE
    Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

**a.** ☐ This is the first published edition of a work previously registered in unpublished form.

**b.** ☐ This is the first application submitted by this author as copyright claimant.

**c.** ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ _____ Year of Registration ▼ _____

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation

**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

**6**

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼ _____ Account Number ▼ _____

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

James E. White
9244 wilshire BNd,
Bh CA. 90210

Area Code & Telephone Number ▶ 310 271 2960

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _James E. White Jr_
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

James E. White Jr                              date ▶ 5-1-2001

Handwritten signature (X) ▼

_Jan E. White_

**MAIL CERTIFICATE TO**

Name ▼
James E. White Jr

Number/Street/Apartment Number ▼
9244 wilshire BNd,

City/State/ZIP ▼
Beverly Hills CA 90210

Certificate will be mailed in window envelope

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

* 17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

EXHIBIT B





McKaie
#301

**UNIVERSAL MUSIC GROUP**
2220 COLORADO AVENUE SANTA MONICA CA 90404



*Mr. Jim White*
*JWE STUDIO*
*9244 Wilshire Boulevard*
*Beverly Hills, CA 90210*

# EXHIBIT C

Jim,

MCA is not accepting any unsolicited material at this time, Jerry

# EXHIBIT D



# EXHIBIT E

Recording Industry Associatic   f America



## gold & platinum

**Search Results**

Your search returned 3 records. Records 1 to 3 displayed.

searchable database
history
certification
making the awards
los premios awards
bestsellers
photos

| Artist | Title | Cert. Date | Label | Award Desc. | Format | Category | Type |
|--------|-------|-----------|-------|-------------|--------|----------|------|
| BLIGE, MARY J. | NO MORE DRAMA | 10/12/01 | MCA | G | ALBUM | SOLO | Std |
| BLIGE, MARY J. | NO MORE DRAMA | 10/12/01 | MCA | P | ALBUM | SOLO | Std |
| BLIGE, MARY J. | NO MORE DRAMA | 02/19/02 | MCA | M (2) | ALBUM | SOLO | Std |

1

*Press Room - Gold & Platinum - Issues - About Us - Research and Data - En Español*

*Copyright ©2003 Recording Industry Association of America.*
*All Rights Reserved. Contact Webmaster. Site Map.*

## CIVIL COVER SHEET

COUNTY IN WHICH THIS ACTION AROSE: Wayne

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

### I. (a) PLAINTIFFS

Leonard Jones and James E. White

04 - 60184

### DEFENDANTS

Mary J. Blige, Andre Romell Young p/k/a Dr. Dre, Bruce Miller, Camara Kambon, Asiah Lewis, Luchana N. Lodge, Melvin Bradford, Michael Elizondo, Universal-MCA Music Publishing, et al.

**(b) County of Residence of First Listed** Wayne

26163

County of Residence of First Listed Bergen

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(C) Attorney's (Firm Name, Address, and Telephone Number)**

Gregory J. Reed (P24750)
Gregory J. Reed & Associates, PC, 1201 Bagley, Detroit, MI 48226 (313) 961-3580

Attorneys (If Known)

MAGISTRATE JUDGE CAPEL,

JUDGE MARIANNE O. BATTANI

### II. BASIS OF JURISDICTION (Place an "X" In One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item 111)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)

(For Diversity Cases Only)

| | PLA | DEF | | PLA | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" In One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 31 0 Airplane | ☐ 362 Personal Injury– | ☐ 620 Other Food & Drug | | ☐ 41 0 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | ☐ 423 Withdrawal | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury – | of Property 21: 881 | 28 USC 157 | ☐ 450 Commerce/ICC |
| ☐ 150 Recovery of Overpayment and Enforcement of Judgment | ☐ 320 Assault Libel And Slander | Product Liability ☐ 368 Asbestos Personal Injury Product | ☐ 630 Liquor Laws ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation ☐ 470 Racketeer Influenced & Corrupt Organizations |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Liability | ☐ 650 Airline Regs. | ☒ 820 Copyrights | ☐ 810 Selective Service |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | Liability ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 830 Patent ☐ 840 Trademark | ☐ 850 Securities/Commod ities/ Exchange |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | Property Damage ☐ 385 Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act ☐ 893 Environmental Matters |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 51 0 Motions to Vacate | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff | Equal Access to Justice |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | | or Defendant) | ☐ 950 Constitutionality of |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | Habeas Corpus: | ☐ 790 Other Labor | ☐ 871 IRS–Third Party | State Statutes |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | Litigation | 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. | | |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other ☐ 550 Civil Rights ☐ 555 Prison Condition | Security Act | | |

### V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multi district Litigation   ☐ 7 Appeal to District Judge from Magistrate

### VI. CAUSE OF ACTION (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Copyright Infringement

### VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

$ DEMAND

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

### VIII. RELATED CASE(S) IF ANY

(See Instructions):

JUDGE

DOCKET NUMBER

DATE 8-25-04

SIGNATURE OF ATTORNEY OF RECORD

Gregory J. Reed

## ...SUANT TO LOCAL RULE 83.11

1.　　Is this a case that has been previously dismissed?　　☐ Yes　☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

2.　　Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)　　☐ Yes　☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

Notes :